**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MARCO SHAUNTA RAINE,** | * | |
| | * | |
| **Petitioner,** | * | |
| | * | **CIVIL ACTION NO. 13-0147-WS-B** |
| **vs.** | * | **CRIMINAL NO. 07-00405-WS-B** |
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Respondent.** | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the Government's Motion to Dismiss (Doc. 90) be granted and that Raine's petition (Doc. 88) be dismissed, and the Court finds that he is not entitled to a certificate of appealibility, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 1st day of November, 2013.

**s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE**