IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCO SHAUNTA RAINE,** | * |
| | * |
| Petitioner, | * |
| | * CIVIL ACTION NO. 13-0147-WS-B |
| vs. | * CRIMINAL NO. 07-00405-WS-B |
| | * |
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Respondent. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the Government's Motion to Dismiss (Doc. 90) be granted and that Raine's petition (Doc. 88) be dismissed, and the Court finds that he is not entitled to a certificate of appealibility, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 1st day of November, 2013.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE